**Order entered March 12, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01436-CR

### SHAWN RYAN BLANKINSHIP, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 1
### Rockwall County, Texas
### Trial Court Cause No. CR17-0584

### ORDER

Before the Court is appellant's March 9, 2021 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/     ERIN A. NOWELL
        JUSTICE